BEFORE THE SECOND DIVISION, NOVEMBER 16, 1960

No. 64888.—Jersey Steel & Chemical Corp. v. United States, protest 59/34505 (Boston).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 64889.—Kaiser Reismann Corp. v. United States, protest 58/19952 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64890.—Ignaz Strauss & Co., Inc. v. United States, protests 153569-K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiff was sustained.

No. 64891.—Ovington's Gift Shop, Inc., and Louis Stempel v. United States, protests 146387-K and 177775-K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, the claim of the plaintiffs was sustained.